KEKER, VAN NEST & PETERS LLP
ERIN E. MEYER - # 274244
emeyer@keker.com
KAYLA M. CROWELL - # 349061
kcrowell@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Petitioner Salam Maklad

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM MAKLAD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON MURRAY, Mesa Verde ICE Processing Center; SERGIO ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security, PAMELA BONDI, Attorney General of the United States, acting in their official capacities,<br><br>　　　　Respondents. | Case No. 1:25-cv-00946-JLT-SAB-HC<br><br>**STIPULATION AND ORDER GRANTING PETITIONER LEAVE TO FILE AMENDED PETITION**<br><br>**ORDER DIRECTING CLERK OF COURT TO FILE DOCUMENT NO. 22-1 AS FIRST AMENDED PETITION** |

## **STIPULATION**

Petitioner Salam Maklad ("Petitioner") and Respondents Ron Murray, Polly Kaiser, Todd Lyons, Kristi Noem, and Pamela Bondi (collectively, "Respondents"), by and through their respective counsel of record, (collectively "the Parties"), pursuant to Federal Rule of Procedure 15(a)(2) and Civil Local Rule 143, hereby stipulate as follows:

WHEREAS, on August 2, 2025, Petitioner filed a Petition for a Writ of Habeas Corpus (the "Petition");

WHEREAS, on August 14, 2025, the Court entered a scheduling order providing that Petitioner could file an opening brief within sixty days, Respondents could file an opposing brief within sixty days after the opening brief, and Petitioner could file a reply brief within fifteen days after the opposing brief;

WHEREAS, on September 15, 2025, the Court granted Petitioner's consent motion to extend the briefing schedule by 90 days, such that Petitioner's opening brief is due January 12, 2026, Respondent's opposing brief is due March 12, 2026, and Petitioner's reply brief is due March 31, 2026;

WHEREAS, Petitioner desires to amend her Petition pursuant to Federal Rule of Civil Procedure 15(a)(2) to reflect further relevant information about her immigration history that was previously unknown or unavailable;

WHEREAS, the stipulated amendment will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, and subject to the Court's approval, that:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Petitioner may file an Amended Petition, a copy of which is attached hereto;

///

///

///

2. Respondents waive notice and service of the Amended Petition.

Respectfully Submitted,

Dated: January 9, 2026    KEKER, VAN NEST & PETERS LLP

By:  */s/ Erin E. Meyer*
ERIN E. MEYER
KAYLA M. CROWELL

Attorneys for Petitioner Salam Maklad

Dated: January 9, 2026    ASSISTANT U.S. ATTORNEY

By:  */s/ James R. Connolly*
JAMES R. CONOLLY

Attorney for Respondents

# **ORDER**

PURSUANT TO STIPULATION:

1. Petitioner is granted leave to file an amended petition in this matter;
2. The Amended Petition attached to the stipulation is deemed to be filed;
3. Respondents waive notice and service of the Amended Petition; and
4. The Clerk of Court is directed to file Document No. 22-1 as the First Amended Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

Dated: **January 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge